1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
5  Chief, Tax Division

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7017
        FAX: (415) 436-7009
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,           )  No. CR 14-00021 JST
                                       )
14      Plaintiff,                     )  STIPULATION TO SCHEDULE STATUS
                                       )  CONFERENCE AND TO EXCLUDE TIME
15      v.                             )  UNDER SPEEDY TRIAL ACT AND [PROPOSED]
                                       )  ORDER THEREON
16 CHARLES S. MOORE,                   )
                                       )
17      Defendant.                     )
                                       )
18

19      For the reason that defendant's counsel requires reasonable time for effective preparation of

20 counsel, to prepare this material for trial, and to prepare witnesses for trial, it is hereby stipulated by and

21 between Plaintiff, the United States of America, and Defendant, Charles S. Moore, through their

22 respective counsel, as follows:

23     1. That a status conference in this matter be scheduled for September 19, 2014, at 9:30 a.m.; and

24     2. That the period of delay from July 18, 2014, to September 19, 2014, shall be excluded pursuant

25 to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv) as the ends of justice served by this exclusion allowing

26 for continuity of counsel, ongoing discovery production and review, and for adequate trial preparation in

27 this matter outweigh the best interest of the public and the Defendant in a speedy trial.

28

Respectfully Submitted,

MELINDA HAAG
United States Attorney

    /s/
JOYCE LEAVITT
Federal Public Defender
Attorney for Charles S. Moore

    /s/
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

    For the reasons stated by the parties in their stipulation, Court finds that the ends of justice served by continuing the trial of this matter outweigh the best interest of the public and the Defendant in a speedy trial because additional time is required to allow for continuity of counsel and to allow Defendant's counsel adequate time to review the government's discovery; to prepare this matter for trial; and prepare witnesses for trial.

    IT IS ORDERED a status conference be held on September 19, 2014, at 9:30 a.m., that the period of delay from July 18, 2014, through September 19, 2014, shall be excluded in accordance with the provisions for the Speedy Trial Act, 18 U.S.C. § § 3161(h)(7)(A) and (h)(7)(B)(iv), as the ends of justice served by this continuance allowing for continuity of counsel and for adequate preparation outweigh the best interest of the public and the Defendant in a speedy trial.

Dated:  July 21, 2014

    HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE