STEVEN KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant CHARLES MOORE

**FILED**

SEP 17 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CHARLES MOORE, ) <br> ) <br> Defendant. ) | No. CR 14-0021 JST <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA DATE; EXCLUSION OF TIME |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date for defendant Charles Moore, currently scheduled for September 19, 2014, at 9:30 a.m., may be continued to December 12, 2014, at 9:30 a.m. for change of plea. Defense counsel needs additional time to review the discovery with Mr. Moore, discuss the proposed plea agreement and finalize the terms of the plea agreement prior to the change of plea date. In addition, Mr. Moore recently went to Newbridge Foundation to address ongoing substance abuse issues. A continuance will enable him to maintain and strengthen his sobriety while the parties discuss resolution.

IT IS FURTHER STIPULATED THAT the time to December 12, 2014, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for effective

preparation taking into consideration due diligence to enable counsel to meet with Mr. Moore, review the discovery, discuss the plea agreement and finalize its terms prior to the change of plea.

DATED: 9/17/14                             /s/
                                           JOYCE LEAVITT
                                           Assistant Federal Public Defender

DATED: 9/17/14                             /s/
                                           THOMAS MOORE
                                           Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date for defendant Charles Moore, may be continued to December 12, 2014, at 9:30 a.m. for change of plea.

IT IS FURTHER ORDERED THAT the time from September 19, 2014, to December 12, 2014, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for effective preparation of counsel taking into consideration due diligence to enable defense counsel to meet with Mr. Moore to review discovery, discuss the plea agreement and finalize its terms. The Court finds there is good cause and the ends of justice served by the granting of the continuance outweigh the interests of the public and defendant in a speedy and public trial. Failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 9/17/14                             _____
                                           HON. JON S. TIGAR
                                           United States District Judge